J. M. HAWLEY, INDEPENDENT EXECUTOR AND TRUSTEE V. GROUND WATER CONSERVATION DISTRICT NO. 2, NORTH OF CANADIAN RIVER, ET AL

No. A-6539. Decided October 30, 1957.
Rehearing overruled December 4, 1957.
(306 S.W. 2d Series 352.)

*Atkins, Folley, McConnell & Hawkins,* of Amarillo, for petitioner.

*Lovell & Lyle,* of Dumas, for intervenor.

*Boyer & Lemon,* of Perrytown, *Graves, Daugherty & Greenhill,* of Austin, for respondent water conservtion district.

PER CURIAM:

We agree with the holding of the Court of Civil Appeals (304 S.W. 2d 764) that the section of the statute involved in this case is unconstitutional, and on that ground the application for writ of error is REFUSED. NO REVERSIBLE ERROR.

Opinion delivered October 30, 1957.

Rehearing overruled December 4, 1957.

Associate Justice Greenhill not sitting.